UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEGS KOZACENKO, | No. 2:12-cv-2196 MCE DAD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CALIFORNIA HIGHWAY PATROL OFFICER ANDREW P. MURRILL, et al., | |
| Defendants. | |

      This matter came before the court on October 18, 2013, for hearing of plaintiff's motion to compel. Attorney Stewart Katz appeared on behalf of the plaintiff. Deputy Attorney General Jill Scally appeared on behalf of the defendants.

      Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion to compel (Doc. No. 21) is granted as stated on the record;

      2. No later than thirty days from the date of this order, defendants shall produce the documents identified at page ten of the parties' joint statement (Doc. No. 32), with the exception that any purely confidential identifying personal and family information may be redacted; and

/////

3. The documents produced shall be subject to a stipulated protective order.

Dated: October 18, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\kozacenko2196.oah.101813

2