UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEGS KOZACENKO, | No. 2:12-cv-2196 MCE DAD |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL OFFICER ANDREW P. MURRILL, et al., | |
| Defendants. | |

      On October 18, 2013, this matter came before the court for hearing of plaintiff's motion to compel. Plaintiff's motion was granted and defendants were ordered to produce documents subject to the parties entering into a stipulated protective order. Thereafter, the parties informed the court that they had reached an impasse as to a term of the stipulated protective order.

      Accordingly, this matter again came before the court on November 22, 2013, for hearing of the parties' disagreement with respect to the terms of the stipulated protective order. Attorney Stewart Katz appeared telephonically on behalf of the plaintiff. Deputy Attorney General Jill Scally appeared telephonically on behalf of the defendants.

      Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that defendants' request that

plaintiff be prohibited from having access to the discovery produced pursuant to the court's previous order is denied and such a limitation shall not be included in the parties' stipulated protective order.

Dated: November 22, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\kozacenko2196.oah.112213

2