1 | **LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General
JILL SCALLY
Deputy Attorney General
State Bar No. 161513
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-1042
 Facsimile:  (916) 322-8288
 E-mail: Jill.Scally@doj.ca.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEGS KOZACENKO, | CASE NO.: 2:12-CV-02196-MCE-DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND  ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| California Highway Patrol Officer ANDREW P. MURRILL (Badge #19671), California Highway Patrol Officer J. SHERMAN (Badge # 11614) California Highway Patrol Sergeant KEVIN PIERCE; California Highway Patrol Lieutenant JOHN ARRABIT;  California Highway Patrol Assistant Chief KENNETH HILL; and California Highway Patrol Commander Chief STEPHEN LERWILL, | |
| Defendants. _____/ | |

1

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of March 28, 2013, regarding the scheduling of this case:

- That the non-expert discovery cut-off date currently set for April 9, 2014, be moved to September 10, 2014.
- That the expert witness disclosure cut-off date currently set for June 9, 2014 be moved November 10, 2014.
- That the Dispositive Motion cut-off date currently set for October 16, 2014 be moved to March 19, 2015.
- That the Joint Pretrial Statement currently due November 26, 2014 be due to April 29, 2015.
- That the Final Pretrial Conference currently set for December 18, 2014 at 2:00pm be moved to May 21, 2015.
- That the deadline to file any trial briefs, currently set for December 4, 2014, be moved to May 7, 2015.
- That the deadline to file any evidentiary or procedural motions, currently set for November 26, 2014, be moved to April 29, 2015.
- That the deadline to file an opposition to any evidentiary or procedural motion, currently set for December 4, 2014, be moved to May 7, 2015.
- That the deadline to file any reply in support of an evidentiary or procedural motion, currently set for December 11, 2014, be moved to May 14, 2015.
- That the Trial currently set for February 9, 2015 at 9:00am, be moved to July 6, 2015.

This calendaring modification is requested to allow the parties to complete discovery, narrow the issues and prepare the case for a time-efficient trial should a resolution not be reached. The parties have been diligently conducting written discovery, including interrogatories and document production requests from the parties, many subpoena

*duces tecums* to third parties, and depositions. The discovery process has been unexpectedly time consuming and problematic in part due to language and cognitive obstacles, an unusually high number of medical treating professionals (many of whose treatment of the plaintiff is ongoing and most of whom are in the Northern District), issues regarding *Touhy* compliance, and various discovery disputes which, although not acrimonious, have reached loggerheads and which have further slowed the process.

**IT IS SO STIPULATED.**

Dated: February 7, 2014          LAW OFFICE OF STEWART KATZ

                                 /s/ Stewart Katz
                                 Stewart Katz
                                 Attorney for Plaintiff


Dated: February 7, 2014          KAMALA D. HARRIS
                                 Attorney General of California

                                 /s/ Jill Scally
                                 JILL SCALLY
                                 Deputy Attorney General
                                 Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: February 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3