UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEGS KOZACENKO, | No.  2:12-cv-2196 MCE DAD |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL OFFICER ANDREW P. MURRILL, et al., | |
| Defendants. | |

This matter came before the court on June 13, 2014, for hearing of plaintiff's motions to compel.  Attorney Stewart Katz appeared on behalf of the plaintiff.  Deputy Attorney General Alberto L. Gonzalez and Deputy Attorney General Neli N. Palma appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion to compel responses to interrogatories (Dkt. No. 44) is granted as modified on the record;

    2. On or before July 11, 2014, defendants shall produce to plaintiff records of phone calls placed on the requested defendants' personal cell phones relating to the incident that is the subject of this action from the moment the incident began until midnight that same day;

3. Defendants may redact all information related to any calls not relevant to the incident at issue and may redact unnecessary information as to relevant calls so long as the receiver of the call is identified; and

4. Within seven days of the date of this order, defendants shall advise the court the date upon which the Office of the Attorney General first received the Form 268 placed at issue by plaintiff's motion to compel and which has been submitted to the court has for in camera review .

Dated: June 13, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\kozacenko2196.oah.061314