1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ALBERTO L. GONZÁLEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  NELI N. PALMA, State Bar No. 203374
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-2482
6    Fax: (916) 322-8288
     E-mail: Neli.Palma@doj.ca.gov
7  *Attorneys for Defendants California Highway Patrol Officer Andrew Murrill and California Highway Patrol Officer J. Sherman California Highway Patrol Sergeant Kevin Pierce;*
8  *California Highway Patrol Lieutenant John Arrabit; California Patrol Assistant Chief Kenneth Hill; and California Highway Patrol Commander Chief Stephen Lerwill*

**GALLO LLP**
RAY E. GALLO, State Bar #158903
DOMINIC R. VALERIAN, State Bar #240001
  1299 Fourth Street, Suite 505
  San Rafael, CA 94901
  Telephone: (415) 257-8800
  Fax: (415) 257-8844
  E-mail: rgallo@gallo-law.com
*Attorney for Plaintiffs*

**LAW OFFICE OF DAVID W. WIECHERT**
DAVID W. WIECHERT, State Bar #94607
Jessica C. Munk, State Bar #238832
  115 Avenida Miramar
  San Clemente, CA 92672
  Telephone: (949) 496-6753
  Fax: (959) 496-6753
  E-mail: dwiechert@aol.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLEGS KOZACENKO,**<br><br>                                Plaintiff,<br><br>v.<br><br>**California Highway Patrol Officer ANDREW P. MURRILL (Badge #19671); California Highway Patrol Officer J. SHERMAN (Badge #11614); California Highway Patrol Sergeant KEVIN PIERCE; California Highway Patrol Lieutenant JOHN ARRABIT; California Patrol Assistant Chief KENNETH HILL; and California Highway Patrol Commander Chief STEPHEN LERWILL,**<br><br>                                Defendants. | 2:12-CV-2196 MCE DAD<br><br>**STIPULATION FOR ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF BY THIRTY DAYS; AND ORDER** |

1

COME NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request that the Court extend the non-discovery cut-off by thirty (30) days for good cause:

- Non-expert discovery cut-off is currently set for April 8, 2015. Doc. 62, at 2:1-3.
- Non-expert discovery cut-off be moved to May 8, 2015

## I.  ARGUMENT

**A.  LEGAL STANDARD.**

"A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b).  A formal motion is not necessary.  Adv. Comm. Notes to 1983 Amendment to Fed. R. Civ. P. 16(b).  Good cause requires a showing of due diligence. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992).  A lesser showing of good cause is sufficient to modify the initial scheduling order entered early in the action than the showing required for a final pretrial conference order.  Notes of Advisory Committee on Rule 16, 97 F.R.D. 165, 208.

**B.  GOOD CAUSE EXISTS TO MODIFY THE SCHEDULING ORDER TO EXTEND THE NON-EXPERT DISCOVERY CUT-OFF BY THIRTY DAYS**

There is pending in this court two discovery matters, plaintiff's motion to compel defendant Murill to respond to deposition questions (Doc. 65) and defendants' motion to compel physical and mental examination (Doc. 64).  Plaintiff is now represented by new counsel, who only recently appeared. Docs. 67, 68, 70, 71.  The parties have reinitiated meet and confer efforts in attempts to resolve much if not all of the issues presented in the discovery motions.  The parties have sought an order from the Magistrate Judge, by stipulation, to continue the hearing on the discovery motions to afford the parties additional time to do so.  To allow new counsel and defendants' counsel to then proceed in accordance with the parties' resolution or the Court's resolution of the discovery motions, the parties request the thirty day extension of the non-expert discovery cut-off.  This will also serve to allow new counsel to review their file to complete their discovery plan and allow defendants to do the same.

/ / /

1     **IT IS SO STIPULATED.**

2   Dated: February 5, 2015        KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General

*/s/ Neli Palma*
NELI PALMA
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol Officer Andrew Murrill; California Highway Patrol Officer J. Sherman; California Highway Patrol Sergeant Kevin Pierce; California Highway Patrol Lieutenant John Arrabit; California Patrol Assistant Chief Kenneth Hill; and California Highway Patrol Commander Chief Stephen Lerwill*

GALLO LLP

Dated: February 5, 2015

By:   */s/ David W. Wiechert for*
    RAY E. GALLO
    *Attorney for Plaintiffs*

LAW OFFICES OF DAVID W. WIECHERT

Dated: February 5, 2015

By:   */s/ David W. Wiechert*
    DAVID W. WIECHERT
    *Attorney for Plaintiffs*

**ORDER**

    **IT IS SO ORDERED.**

Dated: February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT