1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   OLEGS KOZACENKO,                          No.  2:12-cv-2196 MCE DAD

12              Plaintiff,

13        v.                                    ORDER

14   CALIFORNIA HIGHWAY PATROL
     OFFICER ANDREW P. MURRILL, et al.,
15

16              Defendants.

17

18        This matter came before the court on March 6, 2015, for hearing of defendants' motion to

19   compel physical and mental examination and plaintiff's motion to compel responses to deposition

20   questions.  Attorneys David Wiechert and Jessica Munk appeared telephonically on behalf of the

21   plaintiff and attorneys Alberto Gonzalez and Neli Palma appeared on behalf of the defendants.

22        Upon consideration of the arguments on file and at the hearing, and for the reasons set

23   forth on the record at the hearing, IT IS HEREBY ORDERED that:

24        1.  Defendants' motion to compel (Dkt. No. 64) is granted as stated on the record; and

25        2.  Plaintiff's motion to compel (Dkt. No. 65) is granted as stated on the record.

26   Dated:  March 13, 2015

27

28   DAD:6                                      DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

1  Ddad1\orders.civil\kozacenko2196.oah.030615.docx