1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   ALBERTO L. GONZÁLEZ, State Bar No. 117605
    Supervising Deputy Attorney General
3    1300 I Street, Suite 125
     P.O. Box 944255
4    Sacramento, CA 94244-2550
     Telephone: (916) 324-5369
5    Fax: (916) 322-8288
     E-mail: Alberto.Gonzalez@doj.ca.gov
6   *Attorneys for Defendants California Highway Patrol Officer Andrew Murrill and California*
    *Highway Patrol Officer J. Sherman California Highway Patrol Sergeant Kevin Pierce;*
7   *California Highway Patrol Lieutenant John Arrabit; California Patrol Assistant Chief*
    *Kenneth Hill; and California Highway Patrol Commander Chief Stephen Lerwill*
8
    **GALLO LLP**                                **LAW OFFICE OF DAVID W.**
9   RAY E. GALLO, State Bar #158903              **WIECHERT**
    rgallo@gallo-law.com                         DAVID W. WIECHERT, State Bar #94607
10  DOMINIC R. VALERIAN, State Bar #240001       dwiechert@aol.com
    dvalerian@gallo-law.com                      JESSICA C. MUNK, State Bar #238832
11   1299 Fourth Street                          jessica@davidwiechertlaw.com
     Suite 505                                    115 Avenida Miramar
12   San Rafael, CA 94901                         San Clemente, CA 92672
     Telephone: (415) 257-8800                    Telephone: (949) 361-2822
13   Fax: (415) 257-8844                          Fax: (949) 496-6753
    *Attorney for Plaintiffs*                    *Attorney for Plaintiffs*

14
                        IN THE UNITED STATES DISTRICT COURT
15
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
16

17  | **OLEGS KOZACENKO,** | 2:12-CV-2196 MCE DAD |
18  | Plaintiff, | **STIPULATION AND ORDER** |
19  | v. | **MODIFYING PRETRIAL SCHEDULING ORDER AND REQUEST FOR STAY** |
20  |  | **PENDING MEDIATION** |
21  | California Highway Patrol Officer **ANDREW P. MURRILL (Badge #19671);** | Hon. Morrison C. England, Jr. |
22  | California Highway Patrol Officer **J. SHERMAN (Badge #11614);** California |  |
23  | Highway Patrol Sergeant **KEVIN PIERCE;** California Highway Patrol Lieutenant |  |
24  | **JOHN ARRABIT;** California Patrol Assistant Chief **KENNETH HILL;** and |  |
25  | California Highway Patrol Commander Chief **STEPHEN LERWILL,** |  |
26  | Defendants. |  |

27
28
                                        1

THE PARTIES, by and through their respective attorneys of record, and having agreed to and scheduled a mediation in this matter, hereby stipulate to and respectfully ask that the Court modify its Amended Pretrial Scheduling Order of November 18, 2014, and stay the case pending mediation, as follows:

- That the Court set a status conference for approximately two weeks after the mediation, set for July 13, 2015, as suits the Court's calendar.
- That formal discovery, except for the previously ordered physical and mental examinations of plaintiff by Drs. McNiel, Keram, and Atkin, be stayed and the relevant cut-off vacated, to be reset at the post-mediation status conference, if necessary, but without prohibiting to such voluntary discovery as the parties may wish to conduct and provide.
- That pursuant to Local Rule 303(b), the parties respectfully request that any requests for reconsideration and/or objections to the rulings on the motions to compel issued by the Hon. Drozd on March 16, 2015 (Doc. No. 81) be extended for filing to July 31, 2015.
- That the non-expert discovery cut-off currently set for May 8, 2015, be vacated pending the post-mediation status conference, to be reset at the post-mediation status conference, if necessary.
- That the expert witness disclosure cutoff currently set for June 8, 2015, be vacated pending the post-mediation status conference, to be reset at the post-mediation status conference, if necessary.

The remainder of the current schedule is consistent with the requested amendments. Trial is set for February 8, 2016.

## ARGUMENT

**A.   LEGAL STANDARD.**

"A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b). A formal motion is not necessary. Adv. Comm. Notes to 1983 Amendment to Fed. R. Civ. P. 16(b). Good cause requires a showing of due diligence. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). A lesser showing of good cause is sufficient

to modify the initial scheduling order entered early in the action than the showing required for a final pretrial conference order.  Notes of Advisory Committee on Rule 16, 97 F.R.D. 165, 208.

**B.   GOOD CAUSE EXISTS TO MODIFY THE SCHEDULING ORDER TO ALLOW FOR MEDIATION AND POTENTIAL RESOLUTION**

The parties seek these modifications because, with the participation of plaintiff's new counsel, they have determined that there is an opportunity to settle the case.  There have been no meaningful settlement discussions to date.  Significant discovery has been conducted, including the depositions of the officers directly involved in the incident, of the plaintiff, and of the supervising officers at CHP.  Absent resolution additional discovery will be necessary, including requesting leave to lift the ten deposition cap so that plaintiff can depose the numerous additional percipient witnesses to the incident and its aftermath.  The parties have agreed to mediate, upon a mediator, and upon a mediation date.  The mediation is set for July 13, 2015, because the parties and mediator are available and because a date after July 1, 2015, begins the California Highway Patrol's fiscal year and provides the best opportunity for a settlement of this case.

Moreover, the parties are about to incur substantial additional costs of concluding discovery in this case, and of engaging and preparing experts for deposition and trial.  The parties believe that avoiding those costs until after mediation increases the chances of a settlement.

Notably, the proposed changes to the schedule leave the trial date and non-discovery pre-trial dates intact.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  **IT IS SO STIPULATED.**

Dated: March 24, 2015

KAMALA D. HARRIS
Attorney General of California

*/s/ Alberto L. González*
ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General
*Attorneys for Defendants California Highway Patrol Officer Andrew Murrill; California Highway Patrol Officer J. Sherman; California Highway Patrol Sergeant Kevin Pierce; California Highway Patrol Lieutenant John Arrabit; California Patrol Assistant Chief Kenneth Hill; and California Highway Patrol Commander Chief Stephen Lerwill*

Dated: March 24, 2015

GALLO LLP

By:  */s/ Ray E. Gallo*
RAY E. GALLO
*Attorney for Plaintiffs*

Dated: March 24, 2015

LAW OFFICES OF DAVID W. WIECHERT

By:  */s/ David W. Wiechert*
DAVID W. WIECHERT
*Attorney for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

**Dated: March 25, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT