KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ALBERTO L. GONZÁLEZ, State Bar No. 117605
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5369
 Fax: (916) 322-8288
 E-mail: Alberto.Gonzalez@doj.ca.gov
*Attorneys for Defendants California Highway Patrol Officer Andrew P. Murrill and California Highway Patrol Officer J. Sherman California Highway Patrol Sergeant Kevin Pierce; California Highway Patrol Lieutenant John Arrabit; California Patrol Assistant Chief Kenneth Hill; and California Highway Patrol Commander Chief Stephen Lerwill*

DONALD W. COOK, State Bar #116666
 Attorney at Law
 3435 Wilshire Blvd., Ste. 2910
 Los Angeles, CA  90010
 Telephone: (213)251-9444
 Fax: (213) 252-0091
 *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLEGS KOZACENKO,**<br><br>                                  Plaintiff,<br><br>           v.<br><br>**California Highway Patrol Officer ANDREW P. MURRILL (Badge #19671); California Highway Patrol Officer J. SHERMAN (Badge #11614); California Highway Patrol Sergeant KEVIN PIERCE; California Highway Patrol Lieutenant JOHN ARRABIT; California Patrol Assistant Chief KENNETH HILL; and California Highway Patrol Commander Chief STEPHEN LERWILL,**<br><br>                                  Defendants. | 2:12-cv-2196 MCE DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND VACATING FEBRUARY 8, 2016, JURY TRIAL**<br><br>Hon. Morrison C. England, Jr. |

**THE PARTIES TO THIS ACTION**, by and through their respective attorneys of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement in which no liability is admitted, to the Dismissal With Prejudice of this

1

action, including all claims stated herein against all Defendants, with each party to bear their own attorney's fees and costs.  The parties request the Court vacate the jury trial set for February 8, 2016.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between Plaintiff and Defendants that this action is dismissed with prejudice and that the material allegations of the Second Amended Complaint are withdrawn in full by Plaintiff.

**IT IS SO STIPULATED.**

Dated:  October 20, 2015

KAMALA D. HARRIS
Attorney General of California

 /s/ Alberto L. González
ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General
*Attorneys for Defendants California Highway Patrol Officer Andrew P. Murrill; California Highway Patrol Officer J. Sherman; California Highway Patrol Sergeant Kevin Pierce; California Highway Patrol Lieutenant John Arrabit; California Patrol Assistant Chief Kenneth Hill; and California Highway Patrol Commander Chief Stephen Lerwill*

Dated:  October 20, 2015

DONALD W. COOK, Attorney at Law

By: /s/ Donald W. Cook
    DONALD W. COOK
    *Attorney for Plaintiff*

**ORDER**

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all Defendants, is hereby dismissed with prejudice.  The jury trial set for February 8, 2016, is hereby vacated.   The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**DATED: October 22, 2015**

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT